UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:16-po-00359-DB |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| DWAYNE T. MANUS | |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense:

| Charge Defendant Convicted of: 16 U.S.C. § 551 and 36 C.F.R. § 261.9(a) | Nature of Charge: Damage to a Natural Feature or Other Property of the United States |
|---|---|

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of 4 months, expiring upon full payment of restitution and special assessment. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒  You shall pay, a special assessment of $10 and restitution in the amount of $830 to the United States Forest Service , which shall be paid within 3 months for a total amount of $840. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay. The defendant must make restitution to the following payee in the amount listed below:

| **Name of Payee:** | **Restitution Ordered**: |
|---|---|
| United States Forest Service-ASC | $830 |
| R&C-Debt Management | |
| Attn: Unit Collection Officer | |
| 101B Sun Avenue, NE | |
| Albuquerque, NM 87109 | |

☒ **OTHER**:  The underlying Information is DISMISSED by District Court on motion of the United States.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA  95814

Your check or money order <u>must</u> indicate <u>your  name  and  case  number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 1/19/2017

*/s/ Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD  Initials: AW